IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02097-KLM

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

Plaintiff,
v.

MARGARET PARSONS, DIANA PRIEBE,
CANDY STAELENS, and BARBARA RUSSELL

Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10/18/2022
**JEFFREY P. COLWELL, CLERK**

## MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT

Plaintiff Sally Thompson hereby moves this Honorable Court for a 60-day extension of time in which serve the Defendants, and as grounds therefore states as follows:

1. This action commenced on August 16, 2022.

2. At that time, I believed that I had good addresses and contact information for the Defendants.

3. Since that time, I have learned that I was totally incorrect. I have dedicated many hours of time in an attempt to locate these individuals without any luck. I have since hired an investigator to assist me in this process.

4. To be honest, this is a lot harder than I ever thought it would be. There are no publically available databases that tell you where everyone lives unlike how things are depicted in the media. I have learned a lot in this process.

5. My case has merit and should have the opportunity to be heard in this Court.

6.	The extension sought herein is not requested for any improper motive or purpose.

7.	The interests of substantial justice would be served by granting the relief sought herein.  I am just asking for a little more time to get it done.  No party will suffer prejudice by granting this Motion.

WHEREFORE, Plaintiff Sally Thompson prays that this Honorable Court grant the relief sought in this Motion and allow an additional 60 days, or by December 17, 2022, in which to serve Defendants with the Complaint.

**DATED** this 18th day of October 2022.

Respectfully submitted,

*s/Sally Thompson*
1605 Park Street, Unit CX
Castle Rock, CO  80109
720-628-0542
sally.sewlikearockstar@gmail.com