IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02097-KLM

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

    Plaintiff,

v.

MARGARET PARSONS,
DIANA PRIEBE,
CANDY STAELENS, and
BARBARA RUSSELL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Extension of Time to Serve Complaint** [#4] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#4] is **GRANTED**. Plaintiff has up to and including **December 17, 2022**, to effect service on Defendants.

    Dated: December 1, 2022