FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:29 am, Dec 19, 2022
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02097-KLM

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

Plaintiff,
v.

MARGARET PARSONS, DIANA PRIEBE,
CANDY STAELENS, and BARBARA RUSSELL

Defendants.

## MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO SERVE COMPLAINT

Plaintiff Sally Thompson hereby moves this Honorable Court for an additional 60-day extension of time in which serve the Defendants, and as grounds therefore states as follows:

1. This action commenced on August 16, 2022.

2. At that time, my personal health was satisfactory.

3. I will provide records upon request. I have a medical condition known as shingles which has caused nerve damage in my face. It is incredibly painful. When my condition reoccurred during the fall of this year it was so bad that I had to be hospitalized on October 30, 2022.

4. This sudden and unexpected medical situation has since dominated my life.

5. It has become clear that I will need to retain counsel in this matter if I am to

proceed. Unfortunately, this is the worst time of year to try to hire a lawyer. My case if rather complicated and nuanced which requires a particular kind of attorney that knows the body of law. Of course trying to get a meeting – even online – is very challenging.

6. I have learned that many attorneys don't do any other cases except car accidents despite the fact that their firms pop up when I search for particular lawyer types such as "defamation attorneys."

7. My case has merit and should have the opportunity to be heard in this Court.

8. The extension sought herein is not requested for any improper motive or purpose.

9. The interests of substantial justice would be served by granting the relief sought herein. I am just asking for a little more time to retain counsel to take over. No party will suffer prejudice by granting this Motion.

WHEREFORE, Plaintiff Sally Thompson prays that this Honorable Court grant the relief sought in this Motion and allow an additional 60 days, or by February 14, 2023, in which to serve Defendants with the Complaint.

**DATED** this 16th day of December, 2022.

Respectfully submitted,

*s/Sally Thompson*
1605 Park Street, Unit CX
Castle Rock, CO  80109
720-628-0542
sally.sewlikearockstar@gmail.com