IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02097-KLM

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

    Plaintiff,

v.

MARGARET PARSONS,
DIANA PRIEBE,
CANDY STAELENS, and
BARBARA RUSSELL,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for an Additional Extension of Time to Serve Complaint** [#6] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#6] is **GRANTED**. Plaintiff has an additional 60 days, up to and including **February 14, 2023**, in which to effect service.

    Dated:  December 27, 2022