IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02097-KLM

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

    Plaintiff,

v.

MARGARET PARSONS,
DIANA PRIEBE,
CANDY STAELENS, and
BARBARA RUSSELL,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Third Motion for Extension of Time to Serve Complaint** [#8] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Plaintiff has an additional ninety days to effect service of the Complaint, up to and including **May 25, 2023**. No further extensions will be granted absent exceptional circumstances.

    Dated:   February 16, 2023