## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Daniel D. Domenico

Civil Action No. 22-cv-2097-KAS

SALLY THOMPSON d/b/a SEW LIKE A ROCKSTAR,

     Plaintiff,

v.

MARGARET PARSONS;
DIANA PRIEBE;
CANDY STAELENS, and
BARBARA RUSSELL,

     Defendants.

_____

## ORDER ADOPTING RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

_____

Before me is the recommendation, Doc. 14, of United States Magistrate Judge Kathryn A. Starnella that Plaintiff's claims against Defendants be dismissed without prejudice. The recommendation states that any objections must be filed within fourteen days after its service on the parties. Doc. 13 at 14 (citing *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); Fed. R. Civ. P. 72(b)(2)). The recommendation was served on May 3, 2024, and no party has objected to it.

In the absence of a timely objection, I may review a magistrate judge's recommendation under any standard I deem appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, I have reviewed the recommendation to satisfy myself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, I have concluded that the recommendation is a correct

- 1 -

application of the facts and the law. As Judge Starnella determined, the Plaintiff has failed to show good cause or excusable neglect for her failure to effectuate service on Defendants.

Accordingly, it is **ORDERED** that:

The Recommendation of United States Magistrate Judge, **Doc. 14**, is **ACCEPTED** and **ADOPTED**; and

All claims asserted in this action are **DISMISSED WITHOUT PREJUDICE**.

DATED: May 29, 2024                    BY THE COURT:

~~Daniel D. Domenico~~
United States District Judge